IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.: 08 - 00251-WS |
| | * | |
| TORI MICHELLE SHELTON<br>aka TORI LINTON | * | |

### ORDER

This matter is before the Court on the United States' Motion to Redact Private Information from the Indictment. The Court, having considered said motion, and finding that the best interests of this case will be served by causing the requested information to be redacted prior to the publication of the indictment through the ECF/PACER computer system or otherwise, it is hereby

**ORDERED** that the bank account number listed in the indictment as referenced in the United States' motion be redacted, and that the Clerk's Office provide the United States with a copy of the indictment **before** the information has been redacted.

SO ORDERED this 24th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE